MICHAEL N. FEDER (Nevada Bar. No. 7332)
mfeder@lrlaw.com
JOHN L. KRIEGER (Nevada Bar No. 6023)
jkrieger@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398 fax

Attorneys for Plaintiff ZUFFA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>fightufc.com, ufcbouts.com, ufcsupplements.com, ufcvideo.tv,<br><br>Defendants. | CASE NO. 2:09-cv-00590-JCM-LRL<br><br>**ORDER GRANTING PERMANENT INJUNCTION AND FINAL JUDGMENT** |

UPON CONSIDERATION of Plaintiff's Motion for Default Judgment, the accompanying points and authorities, the record in this case, and for other good cause shown,

IT IS HEREBY ORDERED that default judgment is hereby entered in favor of Plaintiff and against Defendant Domain Names <fightufc.com>, <ufcbouts.com>, and <ufcvideo.tv> ONLY;

IT IS FURTHER ORDERED that

    A.    The following domain name registrations shall be permanently transferred to Plaintiff by GoDaddy.com, Inc.:

        1.    <fightufc.com>

        2.    <ufcvideo.tv>

B. The following domain name registration shall be permanently transferred to Plaintiff by Melbourne IT, Ltd.:

1. <ufcbouts.com>

IT IS HEREBY FURTHER ORDERED that the $400.00 cost bond Plaintiff posted with the Court on May 28, 2009, shall be exonerated and returned to counsel for Plaintiff.

IT IS SO ORDERED:

*[signature: James C. Mahan]*

The Honorable James C. Mahan
UNITE STATES DISTRICT JUDGE
Dated: July 1, 2009

3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2

490149.1